UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD GASTWIRT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>BETTER HOME & FINANCE HOLDING COMPANY, VISHAL GARG, and LOVEEN ADVANI,<br><br>Defendants. | CASE NO. 1:26-CV-08219 |

**STIPULATION AND ~~[PROPOSED]~~ ORDER**
**EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, Plaintiff Richard Gastwirt initiated the above-captioned action on September 21, 2026, on behalf of a putative class of shareholders of Better Home & Finance Holding Company ("Better"), alleging that Better, Vishal Garg, and Loveen Advani (collectively, the "Defendants") made false and misleading statements to investors. ECF No. 1 (the "Complaint").

WHEREAS, this case is a securities fraud action governed by Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. ("PSLRA"), which provides that any person or persons wishing to be appointed lead plaintiff(s) shall move the Court in which the action is pending to appoint lead plaintiff(s) and lead counsel within 60 days after the publication of the initial notice announcing the filing of the action. 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). The PSLRA further requires the Court to appoint lead plaintiff(s) and lead counsel within 90 days after the publication of the notice

described below. 15 U.S.C. § 78u-4(a)(3)(B)(i).

WHEREAS, the required notice under the PSLRA was published by counsel for Plaintiff on September 21, 2026. Accordingly, motions seeking appointment as lead plaintiff must be filed on or before November 20, 2026, which is 60 days after the publication date.

WHEREAS, to avoid the time and expense of premature motion practice and to preserve certainty in filing dates for all parties, the parties believe that the existing deadlines for the Defendants to answer, move, or otherwise respond to the Complaint should be adjourned and any related deadlines or time limitations suspended until (a) a lead plaintiff is appointed and (b) after a consolidated and/or amended complaint is filed.

WHEREAS, there have been no requests for an extension of time previously made in this matter.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), as follows:

1. Defendants shall not be required to answer or otherwise respond to the Complaint, and hereby are expressly relieved from answering or otherwise responding to the Complaint until such time as is set forth below.

2. Within fourteen (14) days of the entry of an order appointing lead plaintiff(s) in the above-captioned action (or a consolidated action encompassing the above-captioned action), the parties will submit for the Court's approval a revised schedule for filing any consolidated and/or amended complaint and Defendants' response to the operative complaint for the Court's consideration.

3. Undersigned counsel for Defendants hereby accepts service of the summons and complaint on behalf of Defendants, without waiving any defenses that may be available to them,

including, but not limited to, lack of personal jurisdiction.

Dated: 10/20/2026

*/s/ Rebecca Dawson*
Rebecca Dawson
GLANCY PRONGAY WOLKE & ROTTER LLP
745 5th Avenue, 5th Floor
New York, NY 10151
Telephone: (213) 521-8007
Facsimile: (212) 884-0988
Email: rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*/s/ Chloe Rosenberg*
Chloe Rosenberg
Associate General Counsel
BETTER HOME & FINANCE HOLDING COMPANY
1 World Trade Center
285 Fulton Street, 80th Floor, Suite A
New York, NY 10007
Telephone: (415) 523-8837
Email: crosenberg@better.com

*Counsel for Defendants*

**SO ORDERED:**

/s/ Alvin K. Hellerstein
Honorable Alvin K. Hellerstein

Dated: October 20, 2026