UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICHARD GASTWIRT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>BETTER HOME & FINANCE HOLDING COMPANY, VISHAL GARG, and LOVEEN ADVANI,<br><br>Defendants. | X | CASE NO. 1:26-CV-08219 |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Nidhi (Nina) Yadava, who is admitted to practice in this court, appears in this case as counsel for Defendant Better Home & Finance Holding Company.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Nidhi (Nina) Yadava*

Nidhi (Nina) Yadava
S.D.N.Y. Bar No. 4722831
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: 212.326.3939
Facsimile: 212.755.7306
nyadava@jonesday.com

*Counsel for Defendant Better Home and Finance Holding Company*